In the Matter of the Application of RICHARD H. BRUCHHAUSEN, Appellant, against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Appeal by the petitioner from a final order vacating an order to review the action of the board of standards and appeals, which had denied petitioner's application for the erection of a gasoline station in an unrestricted district upon the ground that such use was forbidden by section 21 of article V of the Amended Building Zone Resolution, and affirming

the determination of said board. Order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ. [170 Misc. 187.]